**Anthony LYNCH–BEY, Plaintiff–Appellant,**

v.

**D.A. GARRAGHTY, Chief Warden; C.E. Davis, Warden; K.W. Davis, Warden; M.C. Millard, Associate Warden; G.P. Williams, Associate Warden; S.T. Avent, Associate Warden, Frank Roach, Housing Unit Manager; B. Autry, Inmate Hearing; L.T. Edmonds, Housing Unit; John Doe, Agent of Defendant Garraghty, Defendants–Appellees.**

No. 02–7333.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Anthony Lynch–Bey, Appellant Pro Se.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Lynch–Bey appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lynch–Bey v. Garraghty,* No. CA–01–470–3 (E.D. Va. July 3 & Aug. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*